**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-2363**

_____

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

Plaintiff – Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY, in his official capacity,

Defendant  - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, District Judge.
(3:06-cv-00080-TLW)

_____

Submitted:  June 17, 2010             Decided:  June 23, 2010

_____

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marie Therese Assa'ad-Faltas, Appellant Pro Se.  Robert Frank
Daley, Jr., Assistant United States Attorney, Columbia, South
Carolina, Thomas Stephen Inman, Special Assistant United States
Attorney, Denver, Colorado, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marie Therese Assa'ad-Faltas, M.D., M.P.H., appeals the district court's order adopting the magistrate judge's recommendation to affirm the Commissioner's decision denying her disability insurance benefits under the Social Security Act, as well as its order denying her Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant Assa'ad-Faltas's motion for leave to proceed in forma pauperis, we deny her motion for extension of time to file a supplemental pro se brief and affirm the district court's orders. See <u>Assa'ad-Faltas v. Commissioner of Soc. Sec.</u>, No. 3:06-cv-00080-TLW (D.S.C. Mar. 27, 2007; filed Oct. 19, 2009, entered Oct. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>